# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA RENEE PALLESI,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:13-CV-01813-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By a motion filed November 7, 2013, Plaintiff Angelica Renee Pallesi seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and summonses. Plaintiff's attorney is directed to serve the Commissioner.

IT IS SO ORDERED.

DATED: 11/8/2013                              /s/ SANDRA M. SNYDER
                                                              UNITED STATES MAGISTRATE JUDGE

1