1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (415) 977-8937
        Facsimile: (415) 744-0134
7       E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
10
                                **FRESNO DIVISION**
11

12 ANGELIC RENEE PALLESI,           )
                                    )       CIVIL NO. 1:13-CV-01813 SMS
13      Plaintiff,                  )
                                    )
14      v.                          )       EX PARTE APPLICATION FOR LEAVE TO
                                    )       FILE LATE PLEADING; ORDER THEREON
15 CAROLYN W. COLVIN,               )
   Acting Commissioner of           )
16 Social Security,                 )
                                    )
17      Defendant.                  )
   _____)

18

19   TO THE HONORABLE SANDRA M. SNYDER, UNITED STATES MAGISTRATE JUDGE:

20   Defendant, Commissioner of Social Security, files this application to file her Reply to Plaintiff's

21 Response to the Commissioner's Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil

22 Procedure 59(e) one day late. Per this Court's January 9, 2015 Order, the Commissioner's Reply was due

23 on January 29, 2015. The undersigned counsel for the Commissioner, however, inadvertently calendared

24 the Reply for January 30, 2015. Counsel fully intended to take advantage of the Court's Order allowing a

25 Reply, drafted it and was ready to file it when she noticed she had made a mistake identifying the due date.

26 Counsel sincerely apologizes for her mistake and respectfully requests that the Court accept her pleading

27 one day late.

28

Counsel contacted Plaintiff's attorneys by email on January 30, 2015 to ask they objected to this request. Plaintiff's attorney asserted that since Plaintiff suffers no prejudice, she takes no position on whether the Court should grant or deny this request. The undersigned Counsel will file the Reply simultaneously in order to avoid any further delay and respectfully requests that this application be granted.

Dated: January 30, 2015                Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                      United States Attorney
                                        DONNA L. CALVERT
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

By:       */s/ Elizabeth Firer*
                                        _____
                                        ELIZABETH FIRER
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  1/30/2015                 /s/ SANDRA M. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE