# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIC RENEE PALLESI, | Case No. 1:13-cv-01813-SKO |
| Plaintiff, | |
| v. | **ORDER REMANDING ACTION FOR FURTHER PROCEEDINGS** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1] | |
| Defendant. | |

On June 27, 2017, the Ninth Circuit Court of Appeals reversed and remanded this action to the Commissioner for further administrative proceedings. (Doc. 34.) The judgment of the Ninth Circuit Court of Appeals took effect on August 21, 2017. (Doc. 35.)

Pursuant to the judgment of the Ninth Circuit Court of Appeals, this action is REMANDED to the Commissioner for further proceedings consistent with the Ninth Circuit's

//

//

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration. *See* https://www.ssa.gov/agency/commissioner.html (last visited by the court on September 8, 2017). She is therefore substituted as the defendant in this action. *See* 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

decision. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **September 11, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2